

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00046-CR

MICHAEL LASHUN BROWN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 235th District Court
Cooke County, Texas
Trial Court No. CR19-00279

Before Morriss, C.J., Stevens and Carter,* JJ.
Memorandum Opinion by Justice Stevens

_____
*Jack Carter, Justice, Retired, Sitting by Assignment

# MEMORANDUM OPINION

A Cooke County jury convicted Michael Lashun Brown of aggravated sexual assault of a child and assessed a sentence of life imprisonment.[1]  In our cause numbers 06-21-00045-CR and 06-21-00047-CR, Brown also appeals from two other convictions for aggravated sexual assault of a child.

Brown has filed a single brief raising a sole issue common to all his appeals.  Brown argues that the trial court erred by failing to grant a mistrial after it instructed the jury to disregard evidence alluding to extraneous offenses.  We addressed this issue in detail in our opinion of this date in Brown's appeal in cause number 06-21-00045-CR.  For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Scott E. Stevens
Justice

Date Submitted:     February 2, 2022
Date Decided:       March 15, 2022

Do Not Publish

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.  We follow the precedent of the Second Court of Appeals in deciding this case.  *See* TEX. R. APP. P. 41.3.